UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA BUENO CAMARGO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1285 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

On September 27, 2021, the parties stipulated for the Commissioner to have an extension of thirty days to respond to Plaintiff's opening brief in support of a remand. (Doc. 14.) Oscar Gonzalez de Llano, counsel for the Commissioner, asserts that the additional time is necessary due to the workload of the Region IX Office. (*Id.* at 1-3.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. (*Id.* at 3.) Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 14) is **GRANTED**; and
2. The Commisioner **SHALL** file a response no later than **November 10, 2021**.

IT IS SO ORDERED.

Dated:   **September 27, 2021**              _ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE