UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA BUENO CAMARGO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1285 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S MOTION TO REMAND (DOC.16) AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF EULALIA BUENO CAMARGO AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

    Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, filed a motion to remand the action for further proceedings, indicating the Plaintiff Eulalia Bueno Camargo and the Acting Commissioner stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 16.)

    Pursuant to the terms of the stipulation, "the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record."  (Doc. 16 at 1.)  In addition, the parties stipulated that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.* at 1-2.)

    Based upon the terms of the stipulation, the Court **ORDERS**:

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

1

1. The motion to remand (Doc. 16) is **GRANTED**;
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
3. Plaintiff's appeal of the administrative decision (Doc. 13) is terminated as **MOOT**; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Eulalia Bueno Camargo and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**December 20, 2021**__              _____ /s/ Jennifer L. Thurston
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE