1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA BUENO CAMARGO, | Case No. 1:20-cv-01285-BAK |
| Plaintiff, | ORDER REQURING SERVICE ON PLAINTIFF AND NOTIFICATION OF DEADLINE TO FILE OBJECTIONS TO MOTION FOR ATTORNEY FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 19) |
| Defendant. | |

On December 20, 2021, pursuant to the parties' stipulation, an order entered granting Plaintiff's Social Security appeal and remanding the matter. (ECF Nos. 16, 17, 18.) On March 22, 2022, Plaintiff's counsel filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act. (ECF No. 19.) Upon review of the motion, it was not served on Plaintiff and did not inform Plaintiff that they could file objections to the request for attorney fees or a timeframe in which to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel shall serve a copy of the motion for attorney fees, and a copy of this order notifying Plaintiff they may file objections to the motion for attorney fees within **fourteen (14) days** of the date of service of this order, and that Plaintiff's counsel will electronically file any document with the Court on Plaintiff's behalf;

1

2.      The Commissioner's response, if any, shall be filed within **thirty (30) days** of the date of entry of this order; and

3.      Counsel for Plaintiff shall serve a copy of this order and the motion for attorney fees on Plaintiff and file proof of service within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:    **March 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2